AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Nathaniel Johnson, Jr., | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.   1:15-cv-02901-RMG |
| Timothy M. Wogan, Esquire; Stephanie Smart-Gittings; LaNelle Durant; and Robert M. Pachak, Esquire, | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Nathaniel Johnson, Jr., shall take nothing of the defendants, Timothy M. Wogan, Esquire; Stephanie Smart-Gittings; LaNelle Durant; and Robert M. Pachak, Esquire, from the complaint filed and this action is dismissed without prejudice and without issuance of service.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   September 11, 2015                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/M. Walker
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*